■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN M. HEAD, Appellant. [995 NYS2d 513]—

Appeal by the defendant from a sentence of the Supreme Court, Suffolk County (Condon, J.), imposed August 1, 2013, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Lopez*, 6 NY3d 248, 255-256 [2006]). Eng, P.J., Skelos, Leventhal, Roman and Duffy, JJ., concur.